ANDERSON LAW FIRM
MARTIN W. ANDERSON, State Bar No. 178422
2070 North Tustin Avenue
Santa Ana, California 92705
Tel: (714) 516-2700 ▪ Fax: (714) 532-4700
E-mail: martin@andersonlaw.net

CALIFORNIA LEMON LAW CENTER, INC.
LUCY KASPARIAN, State Bar No. 228932
136 N. Glendale Ave.
Glendale, California 91206
Tel: (818) 547-5777 ▪ Fax: (818) 547-9777
E-mail: LKasparian@aol.com

Attorneys for Plaintiff Samson Khachatryan

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SAMSON KHACHATRYAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br><br>　　　　　　Defendant. | Case No. SA CV 08-662 DOC (ANx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT**<br><br>Complaint Filed: June 13, 2008<br>Trial Date: None Set<br><br>Before Hon. David O. Carter<br>Courtroom 9D |

1     The Court has reviewed Plaintiff Samson Khachatryan's Notice of
2 Settlement.

4     Good cause appearing, the Court dismisses the action without prejudice.
5 Despite this dismissal, the Court will retain jurisdiction to enforce the settlement
6 reached in the action.

8 IT IS SO ORDERED
9 DATED: December 2, 2008

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

ANDERSON LAW FIRM
2070 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 516-2700

**PROOF OF SERVICE**

I, Nicole Ulibarri, am employed in the County of Orange, State of California. I am over the age of 18, and not a party to this action. My business address is 2070 North Tustin Avenue, Santa Ana, California 92705.

**BY MAIL:** On the date indicated below, I placed true copies of the document described below in a sealed envelope addressed as stated below and left the envelope in the area in our office designated for outgoing mail. I am readily familiar with my firm's practice of collection and processing correspondence for mailing. Under that practice and in the ordinary course of business, it would be deposited with the U.S. postal service on the same day with postage thereon fully prepaid in Santa Ana, California.

Document(s) Served:

**[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT**

Person(s) served, address(es), and fax number(s):

Ms. Amy Sjolander
Ruben & Sjolander
1875 Century Park East, Suite 1050
Los Angeles, CA 90067

Date of Service: December 1, 2008
Date Proof of Service Signed: December 1, 2008

I declare under penalty of perjury under the laws of the State of California and of my own personal knowledge that the above is true and correct.

Signature: _____